**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AVA LAWREY and LAUREN TRIPP, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 25-15624 (JXN)(JBC)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is United Airlines' ("United") motion to dismiss Plaintiffs Ava Lawrey ("Lawrey") and Lauren Tripp's ("Tripp") (collectively, "Plaintiffs") Amended Complaint under Federal Rules of Civil Procedure[1] 12(b)(1) and 12(b)(6). (ECF No. 42.) Plaintiffs opposed (ECF No. 44), and United replied (ECF No. 45). The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this **18th** day of August 2026

**ORDERED** that:

1. United's motion to dismiss (ECF No. 42) is **GRANTED**;
2. Counts I, II, and IV of the Amended Complaint (ECF No. 12) are **DISMISSED** ***with prejudice***;

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

3. The parties are directed to engage in jurisdictional discovery limited to the issue of whether the Railway Labor Act ("RLA"), 45 U.S.C. § 151, *et seq.*, preempts Count III of the Amended Complaint.
4. Following jurisdictional discovery, the parties shall brief (1) whether the Court has subject matter jurisdiction over Count III; and (2) if so, whether the Court should stay Count III pending arbitration of Counts I, II, and IV.
5. Pursuant to 28 U.S.C. § 636(b)(1)(B), Rule 72, and Local Civil Rule 72.1(a)(2), the jurisdictional discovery and briefing related to Count III is hereby referred to Magistrate Judge Clark to preside over such proceedings.

**JULIEN XAVIER NEALS**
**United States District Judge**